IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                            4:88cr4019-WS

THEODORE HUDSON,                                            4:05cv180-WS

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 210) docketed July 7, 2005. The magistrate judge recommends that the defendant's motion for relief (doc. 209) be summarily denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 210) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion for relief (doc. 209) is hereby summarily DENIED.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:05cv180-WS.

DONE AND ORDERED this August 10, 2005.


/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE