IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                         4:88cr4019-WS

THEODORE HUDSON,                                           4:05cv180-WS

        Defendant.

_____

O R D E R

Before the court is the defendant's untimely-filed "reply" (doc. 45) to the

magistrate judge's report and recommendation (doc. 210) docketed July 7, 2005.

Because this reply--or objection--was referred to the undersigned after judgment was

entered, see doc. 214, the court will construe the defendant's objection as a timely-filed

motion to alter or amend judgment.

Having now reviewed the defendant's objection to the magistrate judge's report

and recommendation, the court has determined that judgment was properly entered.

Accordingly, it is ORDERED:

The defendant's objection (doc. 45) to the magistrate judge's report and

recommendation, construed as a motion to alter or amend judgment, is DENIED.

DONE AND ORDERED this August 19, 2005.


 /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE